

# NUMBER 13-25-00164-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PEDRO GONZALEZ,                                                    Appellant,

v.

CARLOS MORENO,                                                      Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

On April 3, 2025, appellant filed a notice of appeal attempting to appeal the judgment rendered in trial court cause number 2022-CCL-00258 on March 5, 2025. On April 7, 2025, the Clerk of the Court notified appellant that the notice of appeal was defective and failed to comply with Texas Rule of Appellate Procedure 25.1(d)(2), as it appears the judgment was entered on March 6, 2025. *See* TEX. R. APP. P. 25.1(d)(2).

Appellant was instructed to correct the defect within ten days from the date of the notice. Appellant was further notified to remit the $205.00 filing fee within ten days from the date of the notice.

On May 7, 2025, the Clerk of the Court notified appellant of the delinquent filing fee; appellant was further notified that if the filing fee was not paid within ten days from the date of the notice, the appeal would be dismissed. *See id.* R. 42.3(b), (c). On May 16, 2025, the Clerk of the Court again notified appellant that the notice of appeal was defective and failed to comply with Texas Rule of Appellate Procedure 25.1(d)(2). *See id.* R.25.1(d)(2). Appellant was further notified that if he failed to cure the defects within ten days from the date of the letter, the appeal would be dismissed. *See id.* R.42.3(b), (c).

Appellant has not cured the defective notice of appeal, paid the filing fee, nor otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
26th day of June, 2025.

2